UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, United States Department of Labor, Plaintiff, | | |
| v. | | CIVIL ACTION FILE NO. 03-274-S |
| POST OFFICE CAFÉ, INC., THE GRILLE ON MAIN STREET, INC., PINELLI'S NORTH END, LLC, PINELLI'S CUCINA, INC., QUATTRO ITALIAN GRILLE, INC., PINELLI'S GOURMET DELI & CAFÉ, WILLIAM S. PINELLI, Individually and STEPHEN P. MARRA, Individually, Defendants. | | |

PETITION FOR ADJUDICATION OF CIVIL CONTEMPT

The petition of the Secretary of Labor, United States Department of Labor, for adjudication of civil contempt respectfully represents:

I.

Defendants have a principal office and place of business located within the jurisdiction of this Court and are engaged at said place of business, and elsewhere, in the operation of six restaurants.

II.

On January 16, 2004, a Judgment was entered herein by the Honorable David L. Martin in which the Defendants were permanently enjoined and restrained from violating the provisions of the Fair labor Standards Act of 1938, as amended, 29 U.S.C. 201 et

seq., including the restraint of the further withholding of wages due employees named in said Judgment in the principal amount of $400,000.00.

III.

Since entry of the aforesaid Judgment, the Defendants have made payments totaling approximately $360,000.00 to affected employees. However, the Defendants have refused to pay the remaining $40,535.99 to employees. Representatives of the petitioner have made demand (attached hereto for reference) on Defendants for the wages directed by the Judgment but said demand has failed to produce the back wage payment.

IV.

Defendants have failed and refused and are continuing to fail and refuse to comply with the aforesaid Judgment of this Court by failing and refusing to pay the petitioner the wage underpayments as required by the Judgment.

V.

Your Petitioner and his duly authorized representative have been put to considerable expense in bringing the aforesaid violation of the Court's Judgment to the attention of the Court.

WHEREFORE, your Petitioner demands:

(1) That the Court issue a rule to show cause directing said Defendants to appear before this Court, then and there to show cause, if any exists, why they should not be adjudged guilty of civil contempt of this Court.

(2) Upon return of the rule to show cause, and upon appearance of the Defendants, may they be adjudged guilty of civil contempt of this Court; be directed to pay a penal fine in such amount as the Court may fix; be directed to immediately pay the

total amount of wage underpayments wrongfully withheld, plus interest; be directed to pay a compensatory fine equal to the amount of the expenses of the United States Department of Labor for the prosecution of this cause; and be directed to pay all other costs of this action as this Court in the aid of its adjudication may direct.

Jonathan L. Snare
Acting Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Paul J. Katz
Senior Trial Attorney

U.S. Department of Labor
Attorneys for Plaintiff

DATE: November 5, 2007

Post Office Address:
U.S. Department of Labor
Office of the Regional Solicitor
JFK Federal Building
Room E-375
Boston, Massachusetts 02203
TEL: (617)565-2500
FAX: (617)565-2142