AFFIDAVIT OF PAUL J. KATZ

| | | |
|---|---|---|
| Commonwealth of Massachusetts | * | |
| | * | SS |
| County of Suffolk | * | |
| | * | |

Paul J. Katz deposes and says:

That your affiant is an attorney employed by the Office of the regional Solicitor, United States Department of Labor, assigned to Region I with a Regional Office situated at JFK Federal Building, Room E-375, Boston, Massachusetts, 02203;

That your affiant has examined the records and files of this Court and finds that on or about July 2, 2003, the Secretary of Labor instituted a civil action to enjoin the Defendants from violating the provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S. C. 201 et seq., hereinafter referred to as the Act, and to enjoin the wrongful withholding of back wages due employees. The action was instituted in the style of *Secretary of Labor v. Post Office Café, Inc., et al.*, Civil Action File No. 03-274-S;

That on January 16, 2004 this Court entered a Judgment in this action permanently enjoining and restraining said Defendants from violating the provisions of the Act, and also enjoining and restraining any further withholding of back wages due employees in the principal amount of $400,000.00;

That petitioner has made demand on the Defendants for payment of the wages due and required by the Judgment but, despite this demand and knowledge of the requirements of the Judgment, the said Defendants have refused to make full payment as ordered by the Court;

That the affiant is reliably informed and therefore believes:

(1) that said Defendants reside within the jurisdiction of this Court;

(2) that the Secretary of Labor, through the Office of the Regional Solicitor, has been put to considerable expense to determine the facts upon which the Petition for Adjudication of Civil Contempt is based and that she has been put to considerable expense to prepare the said petition.

The aforesaid Judgment of this Court requires compliance with the provisions of the Fair Labor Standards Act as well as requiring the payment to the Secretary of Labor of back wages for distribution to employees in the amount of $40,535.99.

I declare under penalty of perjury that

the foregoing is true and correct.

Executed on: November 1, 2007

Paul J. Katz

Paul J. Katz, Senior Trial Attorney

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF SUFFOLK

Subscribed and sworn to before me this 1st day of November, 2007.

Karin J. Froom

Karin J. Froom ; Notary Public
(Please print or type name)

My Commission expires on: 21 April 2011