UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>POST OFFICE CAFÉ, INC, THE GRILL ON MAIN ST., INC., PINELLI'S NORTH END, LLC, PINELLI'S CUCINA, INC., QUATTRO ITALIAN GRILLE, INC., PINELLI'S GOURMET DELI & CAFÉ, WILLIAM S. PINELLI, Individually, and STEPHEN P. MARRA, Individually,<br><br>Defendants. | : | Case No.: 03-274-S |

**OPPOSITION TO PETITION FOR ADJUDICATION OF CIVIL CONTEMPT**

The Secretary of Labor, United States Department of Labor has moved this Court for an Adjudication of Civil Contempt. Defendants, Post Office Café, Inc., The Grill on Main St., Inc., Pinelli's North End, LLC, Pinelli's Cucina, Inc., Quattro Italian Grill, Inc., Pinelli's Gourmet Deli & Café, William S. Pinelli, Individually, and Stephen P. Marra, Individually, hereby respond as follows:

**I.**

Defendants do not contest the allegations set forth in paragraph I of Plaintiff's petition.

**II.**

The payment terms of the Consent Judgment in this matter, which were approved by Magistrate Judge David L. Martin on January 16, 2004 and entered by Judge William E. Smith on January 26, 2004, provide in relevant part as follows:

> The payment provisions of this judgment shall be deemed satisfied pursuant to the following installment schedule: the Defendants have delivered the first 'up-front' payment in the amount of $100,000 to the Department of Labor; additionally and beginning on April 1, 2004, Defendants shall make thirty-four (34) consecutive monthly installment payments of $8823.53 on the first day of each month (total payment of $400,000) to the Department of Labor for the benefit of the persons listed in 'Exhibit A' attached hereto. (It shall be within the sole discretion of the Plaintiff to allocate funds as back wages, interest and/or civil money penalties.

**III.**

Since entry of the aforesaid Judgment, Defendants have made payments totaling $400,000.00 in satisfaction of the payment requirement as set forth in paragraph II above. The Judgment required that these payments be made "for the benefit of the persons listed in Exhibit A attached hereto," which is exactly what Defendants have done in this matter. In order that the total payments made by Defendants would equal $400,000.00 as ordered, Defendants calculated the amount of FICA contributions and Employment Security contributions required to the State of Rhode Island and made those contributions on behalf of the persons/employees listed in Exhibit A. Net proceeds to the employees in question are as approximated in paragraph III of Plaintiff's Petition, net of the FICA and Employment Security contributions made on behalf of the persons/employees listed in Exhibit A.

**IV.**

The allegations set forth in paragraph IV of Plaintiff's Petition are denied.

**V.**

Defendants are without sufficient knowledge to admit or deny the allegations set forth in paragraph V of Plaintiff's Petition.

WHEREFORE, for the reasons set forth above, Defendants pray that this Court deny Plaintiff's Petition for Adjudication of Civil Contempt and grant to Defendants such other relief as may be appropriate.

DEFENDANTS,
POST OFFICE CAFÉ, INC, et al.
By its attorneys,

/s/ Robert P. Brooks
ROBERT P. BROOKS (#3721)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: November 29, 2007
rbrooks@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November, 2007, I caused a true copy of the within Objection to Petition for Adjudication of Civil Contempt to be sent by first-class mail, postage prepaid to the following counsel of record:

Paul J. Katz, Esq.
Senior Trial Attorney
United States Department of Labor
Office of the Solicitor, JFK Federal Building
Room E-375
Boston, MA 02203

Frank V. McDermott
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203

/s/ Robert P. Brooks

*436243_1.doc*