UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, United States Department of Labor, Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 03-274-S |
| POST OFFICE CAFÉ, INC., THE GRILLE ON MAIN STREET, INC., PINELLI'S NORTH END, LLC, PINELLI'S CUCINA, INC., QUATTRO ITALIAN GRILLE, INC., PINELLI'S GOURMET DELI & CAFÉ, WILLIAM S. PINELLI, Individually and STEPHEN P. MARRA, Individually, Defendants. | |

AMENDED JUDGMENT

Plaintiff having filed a Complaint and the Defendants having appeared by counsel, filed Answer to the Complaint and, without admitting any liability or violation of the Fair Labor Standards Act, as amended (29 U.S.C. 201, et seq.) hereinafter referred to as the Act, agreed to the entry of a Consent Judgment ordering the payment of $400,000.00 in back wages to employees, which Judgment was signed by the Court on January 16, 2004.

Following a dispute concerning $40,470.84 of the amount set forth above, and following the Plaintiff's filing a Petition for Adjudication in Civil Complaint, the parties have moved this Court to amend its Judgment to provide for the payment of said $40,470.84 (plus interest in the amount of 8% over the period of one year totaling

$3,237.60, in installment payments, as shown on Exhibit A, attached hereto) which Amendment is hereby allowed by the Court.

The provisions of the Court's January 16, 2004 Judgment shall remain in full force and effect. The payment schedule is amended as follows: Defendants shall pay back wages to employees in the amount of $6,000.00 on the first days of months April, and Juuly, 2008; Defendants shall pay back wages to employees in the amount of $11,000.00 for the months of October, 2008 and January, 2009; Defendants shall make a final payment of $9,708.44, including pro-rated interest, to employees on April 1, 2009.

Therefore, the Court finding as agreed to by the parties that the employees shall receive compensation in the Amended amount of $43,708.44,

It is ORDERED, ADJUDGED and DECREED that the Defendants are restrained from withholding payment of said compensation, and the Defendants shall provide Plaintiff with evidence of payment of each installment.

Any payments which cannot be distributed to the employees named in "Exhibit A", or to their estates if that be necessary because of inability of the parties to locate the proper persons, or because of such person's refusal to accept such sums, shall be held by the Department of Labor; when recovered wages have not been claimed by the employee within three years, the Secretary of Labor shall deposit such money with the Clerk of the Court who shall forthwith deposit such money with the Treasurer of the United States pursuant to 28 U.S.C. 2041.

Defendants shall not, under any circumstances, accept and keep any amount returned to Defendants by a person owed compensation under this Judgment. Any such amount shall be immediately paid to the Plaintiff as above. The Defendants have been

made aware of the civil and criminal penalties which may result from any discriminatory treatment or adverse actions against any employees or former employees as a result of this Settlement and Consent Judgment.

In the event that the Defendants fail to make timely payments, as described above, the Plaintiff shall retain the option to seek any and all back wages, liquidated damages and civil money penalties originally computed to be due in this matter.

It is further ORDERED, ADJUDGED and DECREED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated: 3/18, 2008.

United States District Judge

Defendants hereby consent to
The entry of this Judgment:

POST OFFICE CAFÉ, INC.

By ____________________

THE GRILLE ON MAIN STREET

By ____________________

PINELLI'S NORTH END, LLC

By ____________________

PINELLI'S CUCINA, INC.

By ____________________

QUATTRO ITALIAN GRILLE, INC.

By ____________________

PINELLI'S GOURMET DELI & CAFE

By ____________________

Plaintiff moves for entry of
this Judgment:

Gregory F. Jacob
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Paul J. Katz
Senior Trial Attorney

U.S. Department of Labor
Attorney for Plaintiff